UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GALHEN MELCHIZEDEK,

                Petitioner,

    v.

DANIEL D. ALLEN,

                Respondent.

CASE NO. 2:26-cv-01074-TMC-DWC

ORDER GRANTING SECOND
MOTION FOR EXTENSION

This federal habeas action filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge David W. Christel. Before the Court is Respondent's Second Motion for Extension of Time to File Answer and Supporting Declaration. Dkt. 12.[1]

Respondent previously sought, and the Court granted, an extension of time to file an answer based on the complexity of the legal issues presented in the petition, the need for additional time to complete legal research and compile the state court record, and staffing shortages affecting counsel's office. Dkt. 10; Dkt. 11. In the present Motion, Respondent

---

[1] In furtherance of judicial economy, the Court considers and resolves Respondent's request for an extension before the noting date and without requiring a response from Petitioner. If Petitioner disagrees with the extension granted herein, he may file objections to this Order.

ORDER GRANTING SECOND MOTION FOR
EXTENSION - 1

requests an additional extension, stating that although counsel has continued to work steadily and in good faith on the answer since the Court granted the prior extension, unexpected medical issues requiring treatment and follow-up appointments have interrupted his progress. Dkt. 12. Respondent further represents that Petitioner's custodial status will not be affected by the requested extension. *Id.*

The Court finds good cause for the requested extension. Accordingly, Respondent's Motion (Dkt. 12) is granted and the Court orders as follows:

    a.  Respondent shall file an answer to the petition no later than August 5, 2026;

    b.  Petitioner may file a response to the answer no later than August 26, 2026; and

    c.  Respondent may file a reply no later than September 2, 2026.

Dated this 10th day of July, 2026.

David W. Christel
United States Magistrate Judge

ORDER GRANTING SECOND MOTION FOR
EXTENSION - 2